IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DARIUS HICKS, #160 314,               )
                                      )
          Plaintiff,                  )
                                      )
     v.                               )     CIVIL ACTION NO. 2:18-CV-615-ECM
                                      )
COI MASSEY, *et al.*,                 )
                                      )
          Defendants.                 )

## **ORDER**

For good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered September 21,

2018, (Doc. 8) be and is hereby WITHDRAWN.

DONE, this 24th day of September 2018.

          /s/  Susan Russ Walker
UNITED STATES MAGISTRATE JUDGE