IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARIUS HICKS, #160314, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:18cv615-ECM ) (WO) |
| COI MASSEY, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

On October 22, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 10). There being no timely objections filed to the Recommendation, and upon an independent review of the record, it is

ORDERED that the Magistrate Judge's Recommendation (doc. # 10) is ADOPTED, and this case is DISMISSED without prejudice for the plaintiff's failure to comply with the order of the court and to prosecute this action.

A final judgment will be entered separately.

DONE this 13th day of December, 2018.

   /s/   Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE